In the Matter of the Judicial Settlement of the Account of Charles T. Geyer, as Executor and Trustee of the Last Will and Testament of Allen Alexander, · Deceased, Appellant. Gussie P. Alexander, Respondent.— The order of the Surrogate's Court of Kings county should be modified so as to reduce the amount represented by bonds and mortgages to $12,000 instead of $15,000, and as so

modified affirmed, without costs. Jenks, Burr, Thomas, Rich and Miller, JJ., concurred. Settle order before Mr. Justice Jenks.